Nina K. Markey, Esq. (Id. #047592005)
Jillian L. Szymonifka, Esq. (Id. #114492014)
**LITTLER MENDELSON**
A Professional Corporation
One Newark Center - Eighth Floor
Newark, New Jersey  07102
973.848.4700
Attorneys for Defendant

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| DAVID ROLLINS,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>NATIONAL RAILROAD PASSENGER CORPORATION d/b/a AMTRAK,<br><br>　　　　　Defendant. | Civil Action No.3:16-cv-04542 (PGS)(TJB)<br><br>**DEFENDANT'S PROPOSED VERDICT FORM**<br><br>*Electronically Filed* |

Defendant National Railroad Passenger Corporation d/b/a Amtrak ("Defendant" or "Amtrak"), by and through its attorneys, submits the following Proposed Verdict Form.

　　　　　　　　　　　　　　　　　　*/s/ Nina K. Markey, Esq.*
　　　　　　　　　　　　　　　　　　Nina K. Markey, Esq.
　　　　　　　　　　　　　　　　　　Jillian L. Szymonifka, Esq.
　　　　　　　　　　　　　　　　　　**LITTLER MENDELSON, P.C.**
　　　　　　　　　　　　　　　　　　Three Parkway, 1601 Cherry Street, Suite 1400
　　　　　　　　　　　　　　　　　　Philadelphia, PA  19102.1321

　　　　　　　　　　　　　　　　　　Attorneys for Defendant,
　　　　　　　　　　　　　　　　　　National Railroad Passenger Corporation d/b/a Amtrak

Dated: November 29, 2019

**Question No. 1**

Do you find by a preponderance of the evidence that Amtrak perceived Mr. Rollins as disabled?

     Yes _____    No _____

*If your answer to Question No. 1 is "No," then you must find in favor of Defendant on Plaintiff's perceived disability claim and proceed to Question No. 7.*

*If your answer to Question No. 1 is "Yes," then proceed to question No. 2.*

**Question No. 2**

Do you find by a preponderance of the evidence that Amtrak terminated Mr. Rollins because of his perceived disability?

     Yes _____    No _____

*If your answer to Question No. 2 is "No," then you must find in favor of Defendant on Plaintiff's perceived disability claim and proceed to Question No. 7.*

*If your answer to Question No. 2 is "Yes," then proceed to question No. 3.*

**Question No. 3**

What amount of money, if any, do you award Mr. Rollins for back pay?

     ANSWER: $_____

*Proceed to Question No. 4.*

**Question No. 4**

What amount of money, if any, do you award Mr. Rollins as compensation for injuries he suffered other than back pay?

     ANSWER: $_____

*Proceed to Question No. 5*

**Question No. 5**

Did the Defendant act with malice or reckless indifference to Mr. Rollin's protected rights?

     Yes _____    No _____

*If the answer is "yes," proceed to Question No. 6. If the answer is "no", proceed to Question No. 7.*

**<u>Question No. 6</u>**

What amount of money, if any, do you award Mr. Rollins as punitive damages?

  ANSWER: $_____

**<u>Question No. 7</u>**

The presiding juror must sign and date a Verdict Sheet.  Then the jurors should return to the Courtroom.

_____  _____
Date                 Presiding Juror