# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

DAVID ROLLINS
    Plaintiff,

JUDGMENT IN A CIVIL CASE

CASE NUMBER: 16-4542(PGS)

V.

NATIONAL RAILROAD PASSENGER CORPORATION
    Defendant

IT IS ORDERED AND ADJUDGED that a judgment of NO CAUSE FOR ACTION be and is hereby entered in favor of National Railroad Passenger Corporation and against David Rollins.

December 11, 2019
DATE

_____
PETER G. SHERIDAN, U.S.D.J.